GREATER NEW YORK DEVELOPMENT COMPANY, Appellant, *v.* KA-RO BUILDING CORPORATION et al., Defendants, and SEABERG ELEVATOR CO., INC., Respondent.

(Argued May 13, 1931; decided June 2, 1931.)

*Leonard Acker, J. George Silberstein* and *Isaac Roth* for appellant.

*William Walzer, Raymond Gitlin* and *Irving Cyruli* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.